# EXHIBIT 10

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

IN RE SULFURIC ACID                    )

ANTITRUST LITIGATION                   )MDL DOCKET NO. 1536

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )CASE NO. 03 C 4576

THIS DOCUMENT RELATES TO:        )

ALL RELATED ACTIONS                    )


          The deposition of DEAN LARSON, called

for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States

District Courts pertaining to the taking of

depositions, taken before ELLEN DUSZA, CSR No.

84-3386, a Notary Public within and for the County

of Cook, State of Illinois, and a Certified

Shorthand Reporter of said state, at Suite 1111,

55 West Monroe Street, Chicago, Illinois, on the

23rd day of June, A.D. 2005, at 9:34 a.m.

10

1    A.    We've actually -- since I've been -- I
2  don't know why I said "Today?" because since I've
3  been with the company, we've had the same
4  operations:  Buffalo, New York; Chicago, Illinois;
5  and the Copley, Ohio facility.
6    Q.    And when you say "facility," what do you
7  mean by that?
8    A.    The Copley, Ohio location is a very
9  large terminaling operation.  We have storage for
10  5,000 tons of sulfuric acid, 2,000 tons of
11  hydrochloric acid and various other distribution
12  items.
13    Q.    And Chicago?
14    A.    Chicago is a plant that burns sulfur to
15  make sulfuric acid as well as like ten other
16  derivative products of sulfur.
17    Q.    Buffalo?
18    A.    Buffalo is also a sulfur-burning plant
19  that, again, makes about a half dozen different
20  sulfur derivatives.  It also has what's called
21  region capability where we work with oil
22  refineries, bring in their spent sulfuric acid,
23  regenerate it and deliver back to them a fresh
24  sulfuric acid.

11

1    Q.    What is the capacity of Buffalo as far
2  as sulfuric acid?
3    A.    Roughly 170 tons a day.
4    Q.    And Chicago?
5    A.    Roughly 300 tons a day.
6    Q.    And how about Copley?
7    A.    Zero.  When it was running, it was about
8  a 45 or 50,000 ton a year plant, so that would
9  probably be about 150 tons a day, roughly.  Not
10  quite that high.  A very small plant.
11    Q.    And while you were with PVS, is there
12  any other sulfuric acid production facilities?
13    A.    We have two in Europe, but I'm not
14  involved with those at all.
15    Q.    And you said that Copley in the present
16  day is just a terminal for sulfuric acid?
17    A.    Correct.
18    Q.    And at some point in time it used to
19  produce sulfuric acid?
20    A.    Correct.
21    Q.    When was it producing sulfuric acid?
22    A.    We bought Copley prior to my getting
23  there in 1983, and it ran from 1983 until it was
24  shut down, I believe, in 1988.

12

1    Q.    And do you know who it was purchased
2  from?
3    A.    3M Corporation.
4    Q.    And what year was that facility built,
5  do you know?
6    A.    The facility itself was very old.  I
7  believe the acid plant was built maybe in the early
8  '70s, something like that.  I'm not sure.  I can't
9  give you an exact.
10    Q.    And how about was there ever a
11  production facility in Bay City, Michigan?
12    A.    Yes, there was.  I apologize.
13    Q.    When was that in operation?
14    A.    I honestly don't know.  I was not
15  involved in that operation at all.  The reason
16  being, we were set up geographically, so my
17  operation was Ohio and the surrounding area,
18  Pennsylvania, et cetera, so I did not sell for that
19  plant nor did I get involved with that.
20    Q.    Are you aware -- do you have any
21  knowledge of that plant?
22    A.    Yeah, I am aware that we had a plant in
23  Bay City, Michigan.  It was a very, very small
24  plant.  I think it was around 30 tons a year.

13

1    Q.    And that no longer -- is that plant
2  still owned by PVS?
3    A.    That plant is shut down.  I don't know
4  if we own the property there or what at this point.
5    Q.    Do you have any idea when the Bay City
6  plant was shut down?
7    A.    Yeah, it shut down after the Copley
8  plant.
9    Q.    What year did the Copley plant shut
10  down?
11    A.    I believe it was '88.
12    Q.    How long, if you recollect, after the
13  Copley plant --
14    A.    I think it was two years.
15    Q.    So around '90 or so?
16    A.    Around '90.
17    Q.    And is there a facility referred to as
18  Nolwood?
19    A.    Yes.  PVS Nolwood is our distribution
20  company in Detroit, Michigan.
21    Q.    So there wasn't any manufacturing
22  facilities in Detroit?
23    A.    Again, we were set up geographically, so
24  the Bay City production facility would have come

4  (Pages 10 to 13)

**14**

1  under the direction of the PVS Nolwood group.
2      Q.   So would Bay City have been referred to
3  as Nolwood?
4      A.   It would have been the Bay City plant of
5  PVS Nolwood, I guess.
6      Q.   And these different locations, are
7  they -- of these plants that we've been talking
8  about, are they owned by different divisions or
9  subsidiaries of PVS?
10     MR. NORDAHL:  Object to the form.
11     THE WITNESS:  I'm sorry?
12     MR. NORDAHL:  I objected to the form.  You can
13  go ahead and answer.
14  BY THE WITNESS:
15     A.   Yeah, it was set up as PVS Ohio.  We
16  have a PVS New York, a PVS Illinois and PVS
17  Nolwood.  They were all set up, with the exception
18  of Nolwood, as geographically titled.
19  BY MR. BELL:
20     Q.   I'm sorry, what do you mean
21  "geographically titled"?
22     A.   Ohio, New York, Illinois.  PVS Illinois,
23  I mean that was the creative name we came up with.
24     Q.   But Nolwood was a Detroit facility?

**15**

1      A.   Yes.
2      Q.   But it wasn't referred to as Detroit.
3  Anyways, who did you -- while you
4  were -- was it vice president of the Copley
5  facility?
6      A.   Actually president.
7      Q.   I'm sorry.
8          When you were president, who did you
9  report to within PVS?
10     A.   A gentleman by the name of Bob Olson.
11     Q.   And what was Bob Olson's position?
12     A.   He was a corporate VP.
13     Q.   Where was he --
14     A.   Out of Detroit.
15     Q.   -- located?
16          And who did Mr. Olson report to?
17     A.   Jim Nicholson.
18     Q.   Who is Jim Nicholson?
19     A.   He's our CEO.
20     Q.   And how long has Mr. Nicholson been the
21  CEO?
22     A.   Since I've been there, so -- it's a
23  family company.  I believe probably five years
24  before I got there, at least.

**16**

1      Q.   Is Mr. Nicholson, would you consider him
2  the head of all these PVS operations we've been
3  discussing?
4      MR. HAMILTON:  I'll object to the form with
5  respect to considering him the head.
6          If you understand the question, go ahead
7  and answer.
8  BY THE WITNESS:
9      A.   He signs my paycheck.
10  BY MR. BELL:
11     Q.   Is Mr. Nicholson involved in the
12  day-to-day operations?
13     A.   No.  I mean yes and no.  He knows enough
14  about our business to be aware of what's going on,
15  but he's very, very involved with civic things and
16  actually politics in the state of Michigan and the
17  city of Detroit, et cetera.
18     Q.   As far as decision making with PVS, is
19  there someone that you are aware of that would
20  be -- have rank over Mr. Nicholson?
21     A.   No.
22     Q.   Now, at some point you mentioned the
23  Copley facility stopped manufacturing sulfuric
24  acid.

**17**

1      A.   Correct.
2      Q.   How did that come about?
3      A.   The Copley facility was a very small --
4  by acid plant standards, a very small sulfuric acid
5  producing plant.  To give a tiny bit of background,
6  the plant, its biggest problem was that it did not
7  make eight or ten different products as my other
8  plants did, it made only 66 degree sulfuric acid.
9  The plant had been struggling for a long period of
10  time because our raw material costs to produce
11  sulfuric acid were very high and the plant was a
12  money-losing plant.
13     Q.   And what are the raw material costs of
14  producing sulfuric acid?
15     A.   The biggest component is sulfur.
16          (WHEREUPON, Ms. Mary Jane Fait
17          entered the deposition proceedings.)
18  BY MR. BELL:
19     Q.   And is there -- to get a rough
20  indication of the costs, would it be about a third
21  of the price of the sulfur --
22     A.   Yeah, you make three tons of sulfuric
23  acid for every ton of sulfur.
24     Q.   Is that the main price component?

5 (Pages 14 to 17)

**30**

1    A.   Yeah.  As I said, I was updated as to
2  the status.  They would come to me and ask where we
3  were at with our business at the time, our cost of
4  production, and obviously their intention was to
5  see if they could help me out.
6    Q.   And were you involved at all in PVS's
7  decision whether to go with Noranda for supply at
8  the Copley facility?
9    A.   Yes, of course.
10    Q.   What was your involvement in the
11  decision-making process?
12    A.   I mean we laid out two scenarios.  One
13  scenario was do we continue to make sulfuric acid
14  and the other scenario is do we buy it.  We looked
15  at the options available to us and basically voiced
16  our opinions as to whether it made more sense to
17  purchase product in the market or continue to
18  operate the plant.
19    Q.   And who initiated the negotiations or --
20  between Noranda and PVS for supply to Copley?
21    MR. NORDAHL:  I'm sorry, Theo, but could you
22  speak up a little?
23    MR. BELL:  Yeah.
24  BY MR. BELL:

**31**

1    Q.   Who initiated the negotiations between
2  Noranda and PVS for supply to Copley?
3    MR. HAMILTON:  I'll object to the lack of
4  foundation.
5    If you know the answer, go ahead and
6  respond.
7    MR. NORDAHL:  I'll object, lack of foundation
8  as well.
9  BY THE WITNESS:
10    A.   I do not know the answer as to who
11  approached who.  Frank Biermann came to us from
12  another company and he had known Steve Skurnac from
13  his prior job, so obviously they reconnected at
14  some point.  Who called who first.  I couldn't tell
15  you that.
16  BY MR. BELL:
17    Q.   And where was Frank Biermann previously
18  employed?
19    A.   General Chemical.
20    Q.   And it's your understanding that
21  Mr. Biermann had dealings with Mr. Skurnac?
22    A.   I do not know that.  He was a product
23  manager at General Chemical prior to joining us.
24    Q.   When did Mr. Biermann join you, do you

**32**

1  know?
2    A.   He joined us probably, my guess would
3  be, somewhere '86 to '87.  I believe '86.
4    Q.   And when did the negotiations for
5  Noranda's supply of sulfuric acid to Copley, when
6  did those first begin?
7    A.   I do not know the exact time frame when
8  that began.  It was a long time ago.
9    Q.   Do you have an approximation?
10    A.   I'm trying to remember.  We shut the
11  plant down in 1988, so I assume it would have
12  been -- I don't know.  I assume it would have been
13  in '87.  I don't know.
14    Q.   And prior to any contact with Noranda
15  regarding obtaining supply for the PVS Copley
16  facility, was PVS going through the process of
17  shutting down that plant?
18    A.   No.  What we were doing was going
19  through a decision-making mode, "Do we keep a
20  losing plant operational?"  The plant -- the basic
21  rule of capitalism is you need to produce a product
22  for less money than you sell it for, and we were
23  producing it at a higher cost than what we were
24  able to obtain in the marketplace, so we were

**33**

1  losing money.
2    Q.   And did you say that the Copley plant
3  was not involved in distribution of any other
4  products than sulfuric acid?
5    A.   At that time Copley produced and sold
6  sulfuric acid only.
7    Q.   It didn't market any other products,
8  sulfur-based products?
9    A.   No other sulfur-based products, correct.
10    Q.   Before the discussions between Noranda
11  and PVS for the Copley supply, were there any other
12  dealings between Noranda and PVS prior to that?
13    MR. NORDAHL:  Object to the form of the
14  question. vague.
15  BY THE WITNESS:
16    A.   Not that I'm aware of.
17  BY MR. BELL:
18    Q.   Was there any business at PVS that was
19  Noranda?
20    MR. NORDAHL:  Same objection.
21  BY MR. BELL:
22    Q.   To your knowledge, the first contact
23  with Noranda was involving supply to the Copley
24  plant, would that be fair to say?

**34**

1    A.   Again, I don't know what Frank and Steve
2 Skurnac talked about the first time they spoke
3 after he came to PVS.  It could have been anything.
4 I have no idea.
5    Q.   And during that process during the
6 negotiations between PVS and Noranda for the Copley
7 supply, do you know -- to your knowledge, did
8 Noranda ever just make an offer and say, Come to
9 PVS.  We have acid at X price.  Do you want -- if
10 you want to buy it?
11    MR. NORDAHL:  Objection, lacks foundation.
12 BY THE WITNESS:
13    A.   No, not to my knowledge.
14 BY MR. BELL:
15    Q.   How involved were the negotiations for
16 the Copley supply between Noranda and PVS?
17    A.   Again, I wasn't involved.
18    Obviously, they were -- how involved
19 were they?  I don't understand the question.  They
20 were obviously involved because we ended up doing a
21 deal with them.
22    Q.   I'm trying to get at what time frame
23 these discussion or negotiations took place, over
24 what period of time.  Was it a relatively short

**35**

1 period of time, was it a long, drawn out process of
2 negotiation?
3    MR. HAMILTON:  Well, for the record, I'll
4 object to the lack of foundation as well as to the
5 form.  I don't know in what context, it's simply
6 raw time can be gauged that way.
7    But to the extent you know, Mr. Larson,
8 and you understand the question, you can answer it
9 to the best of your ability.
10 BY THE WITNESS:
11    A.   I don't know.  We -- as PVS Chemicals
12 were looking at a make-or-buy decision, and, again,
13 my dates are slightly fuzzy, but I know Frank
14 Biermann had written a memo internally saying
15 here's what it's costing -- here's what the
16 situation is in Ohio.  We're losing money.  It's a
17 very marginal operation at best, and there are
18 options out there because there -- ours is a
19 significant amount of product available, that we
20 could buy cheaper than what we could make it, and
21 we should look at long-term entering into a
22 decision whether we should continue to produce or
23 whether we should buy product.
24 BY MR. BELL:

**36**

1    Q.   And how about PVS's other manufacturing
2 facilities, were they profitable as far as sulfuric
3 acid?
4    A.   They were --
5    Q.   Back at that time?
6    A.   You have to understand the businesses.
7 They had more options than the Copley facility.
8 The Copley facility only made commodity grade
9 sulfuric acid.  The New York facility did what's
10 called regeneration.  We worked with a refinery,
11 and we would take their spent, process it and sell
12 them back regenerated sulfuric acid.  The New York
13 plant also made high purity, ultra high purity
14 sulfuric acid, whereas a commodities sulfuric acid
15 sells for a couple cents a pound, the ultra high
16 purity sulfuric acid sells in the semiconductor
17 industry at 14, 15 cents a pound.  We also made
18 products called ammonium thiosulfate.  All these
19 products are what we call value-added sulfur
20 products.  So the New York operation and the
21 Chicago operation both had more options than what
22 we did.
23    Q.   And was -- could Copley change the
24 products it manufactured back at that time or

**37**

1 there any --
2    A.   It would be huge capital.  Any time
3 entered into a new product line, there's, A,
4 significant capital investment; and B, if there's
5 not a demand for that product in your region, you
6 don't produce it.
7    Q.   The high purity that you mentioned,
8 would that be difficult to change over from the
9 commodity sulfur?
10    A.   Very, very difficult.
11    Q.   Why is that?
12    A.   Because whereas a traditional sulfuric
13 acid plant uses carbon steel and stainless steel,
14 asbestos, materials of construction, the ultra high
15 purity uses very, very high tech glass columns and
16 Teflon columns.  You're talking half a million to
17 three-quarters of a million to put in a very small
18 distilling-type unit to produce that.
19    Q.   When --
20    A.   And plus we were producing it at one
21 plant.  There wasn't a demand for us to produce it
22 at another plant.
23    Q.   Did PVS actually evaluate other
24 production options at Copley before making a

**10  (Pages 34 to 37)**

38

1 decision to shut it down?
2    MR. HAMILTON: Theo, when you say "other
3 production options," are you referring to the
4 prospect of using the facility to make other
5 sulfur-based products?
6    MR. BELL: Yeah, sulfur-based products or any
7 other products.
8 BY THE WITNESS:
9    A. Sure. It was my job, obviously, to look
10 at whatever we could do to generate more revenue
11 for that plant. So did we look at others? I'm
12 sure we did. If you ask me specifically what they
13 were, I can't tell you today. I mean I
14 constantly -- with the two plants I have left,
15 I'm constantly evaluating new products and new
16 markets to go into. For every 50 I look at, I may
17 do one.
18    Q. How about regeneration, was that
19 something that could be looked at at Copley?
20    A. No, you need a refinery close by.
21 There's no refineries that require regeneration
22 that didn't have it.
23    Q. How about a change of rather than making
24 sulfuric acid from sulfur, how about was there

39

1 other feedstocks that could be used?
2    A. Not that I'm aware of.
3    Q. Could you make it from less pure acid or
4 from smelter acid?
5    A. No, because -- you're making acid.
6    MR. NORDAHL: Object to the form.
7 BY THE WITNESS:
8    A. The only way to make acid is with sulfur
9 in a sulfur-burning plant.
10 BY MR. BELL:
11    Q. How is Noranda's acid manufactured?
12    MR. NORDAHL: Objection, lack of foundation.
13 BY THE WITNESS:
14    A. I can't tell you how their acid is
15 manufactured. I can give you my real quick
16 summation of the difference between smelter acid
17 and our acid. Ours starts with sulfur to derive
18 sulfur dioxide, and then we put it through a series
19 of chemical reactions, if you will, and we end up
20 with sulfuric acid.
21    Noranda, instead of starting -- not
22 Noranda, any by-product producer, instead of
23 starting with sulfur, they're smelting an ore,
24 whether it's to generate copper or nickel or zinc.

40

1 Inherent in that ore is some sulfur, and sulfur
2 goes out the stack as SO2 gas. Over the years,
3 legislation has said you can't send it out the
4 stack. So they basically built an acid plant
5 attached to their smelting unit, so they derive
6 their acid by recovering that SO2 and putting it
7 through the same process that we do, but the
8 difference is I have to pay for my sulfur and their
9 sulfur in the form of sulfur dioxide gas is a
10 by-product of their primary business.
11    Q. And a by-product -- so they don't have a
12 lot of capital costs in producing sulfuric acid?
13    MR. NORDAHL: Object, lacks foundation.
14 BY THE WITNESS:
15    A. I can't even speculate as to what their
16 capital costs are.
17 BY MR. BELL:
18    Q. Do you believe it's less than
19 manufacturing it from burning sulfur?
20    MR. NORDAHL: Object to the form, also
21 foundation.
22    MR. HAMILTON: Let me ask you, Theo, for my
23 own -- are you referring specifically --
24    MR. BELL: If you have an objection, make your

41

1 objection.
2    MR. HAMILTON: I don't know if I do or not.
3 That's what I want to ask.
4    Are you asking the question with respect
5 to Noranda or involuntary sulfuric acid production
6 in general?
7    MR. BELL: I was asking with respect to
8 Noranda's process, but if he knows --
9    MR. HAMILTON: I'll object to the lack of
10 foundation as to Noranda.
11 BY THE WITNESS:
12    A. I don't have any basis to understand or
13 speculate as to how another company would value it
14 cost or what it is or what it isn't. I know what
15 mine is. That's all I can answer.
16 BY MR. BELL:
17    Q. Do you have an understanding of the
18 economics of the involuntary produced acid?
19    A. No. I don't have an understanding as to
20 the economics. What I have an understanding is
21 that their primary product is a metal which is sold
22 for whatever it's sold for. The resultant
23 co-product is sulfuric acid, which is produced
24 because it has to be produced. The understanding

11 (Pages 38 to 41)

42

1  is that they're going to make as much sulfuric acid
2  as the plant will make, but what they're really
3  trying to make is that and metal, whether it's
4  copper, nickel, zinc, lead, you tell me.
5      Q.  To your understanding, can a smelter
6  such as Noranda, could they control their
7  production of sulfuric acid?
8      MR. NORDAHL: Objection, lacks foundation.
9  BY THE WITNESS:
10     A.  Only to the extent that they control the
11 amount of primary product that they're making.
12 BY MR. BELL:
13     Q.  As far as when you're evaluating
14 Copley's options back in the '87 time period, was
15 there anyone else involved in making the evaluation
16 other than yourself?
17     A.  Yeah, myself, Frank Biermann, Bob Olson.
18     Q.  And who was getting the information --
19 I'm just trying to get an idea of the hierarchy in
20 that process.
21     A.  The hierarchy was I was on the bottom,
22 Frank was more parallel to me because he was the
23 marketing guy, and Bob Olson, we both reported to
24 Bob, so...

43

1          On a typical month I would look at the
2  profit and loss statement.  You have on this side
3  of the ledger all my costs, my labor, my overhead,
4  my electricity, my utilities, my cost of sulfur,
5  et cetera, et cetera, et cetera, and then on this
6  side of the equation you had the sales, and so I
7  would -- my costs versus my sales.  That's how we
8  did the evaluation.
9      Q.  In the 1987 time period, how long was
10 Copley operating unprofitably, as you say?
11     A.  Copley had been operating marginally
12 profitably or unprofitably probably for
13 two-and-a-half, three years.  Since we bought
14 the plant it never really turned a profit, if you
15 will.
16     Q.  Can you quantify how much it was running
17 in the red back in that time period?  In other
18 words, can you quantify the losses that you're
19 claiming that the operations were undergoing?
20     A.  I mean I can't give you those numbers.
21 I don't recall what those numbers were.  I know we
22 were losing on a real basis a few dollars per ton
23 on every ton we sold.  We were not covering our
24 overhead.

44

1      Q.  Are you aware of any documentation that
2  indicates these losses that you're speaking about
3  that Copley was experiencing back in '87?
4      A.  Am I aware that any still exists today?
5  I don't know.  It was a long time ago.
6      Q.  Did you see anything while preparing for
7  today?
8      A.  Just a couple memos.  One from Frank
9  Biermann basically discussing the make-or-buy
10 decision that we should look at, the fact that it
11 was costing a certain amount to make the product.
12     Q.  Back in that time frame, '87, was PVS
13 aware of an oversupply of this smelter acid,
14 whether from Noranda or anywhere else that would be
15 coming out of Canada or anywhere else?
16     A.  Again, the years run together here, but
17 PVS was certainly aware that -- I mean we were
18 competing against smelter acid coming out of
19 Monaca, Pennsylvania.  There's a smelter there
20 called Zinc Corporation.  I'm not sure if that's
21 what it was called at the time, but they made a lot
22 of sulfuric acid as a by-product right there, and
23 that was a lot of the product we were competing
24 against.  We were also competing against smelter

45

1  product that was being sold by a company called
2  CIL, which evolved into Marsulex and Chemtrader
3  somehow.
4      Q.  Did PVS ever market the production
5  coming out of Monaca that you just mentioned?
6      A.  Yes.
7      Q.  When did that begin?
8      A.  About 1993, I believe, is my best guess.
9      Q.  And you mentioned CIL and Marsulex.
10 That's a Canadian company?
11     A.  Correct.
12     Q.  And they were manufacturing smelter acid
13 out of Canada?
14     A.  Correct.
15     Q.  My question originally was was PVS aware
16 back if '87 of a surplus or --
17     A.  Yeah.
18     Q.  -- an influx of Canadian smelter acid
19 that was expected that would be coming into the US
20 market?
21     A.  Not that was expected, that was already
22 there.  That was the material we competed against
23 day in and day out, the material out of Monaca and
24 CIL, and all of that was by-product.

46

1    Prior to that time frame, I had never
2 heard of Noranda. I mean they were not active in
3 the United States that I'm aware of.
4    Q.  Are you aware of Noranda ever informing
5 PVS that this Canadian acid, due to the increased
6 S02 environmental regulations, would be -- a
7 certain amount of tonnage would be expected and
8 would be coming into the US market?
9    MR. NORDAHL: Object to the form of the
10 question. It also lacks foundation.
11 BY THE WITNESS:
12    A.  I mean we were in our discussions with
13 Noranda aware that they would be having more acid
14 being produced at a later day, yeah.
15 BY MR. BELL:
16    Q.  And did Noranda ever indicate to you
17 that it was going to be bringing this surplus
18 Canadian acid, smelter acid, into PVS's markets
19 during the negotiations?
20    MR. NORDAHL: Object to the form as well.
21 BY THE WITNESS:
22    A.  Do you mean like a threat? I'm not
23 understanding your question.
24 BY MR. BELL:

47

1    Q.  Whether they indicated at all whether
2 it's a threat or not, I'm just -- during the
3 negotiations, was that ever indicated by Noranda?
4    MR. NORDAHL: Object to the form of the
5 question.
6 BY THE WITNESS:
7    A.  Not that I know of.
8 BY MR. BELL:
9    Q.  Did you consider when you were doing
10 your make-or-buy analysis what the impact of the
11 Noranda acid that was expected to come into the US
12 market at that time or shortly thereafter, after
13 1987, did you take that into consideration on
14 Copley's ability to survive or make a profit?
15    A.  Not on the Noranda. Again, I'll go back
16 a second just on smelter acid in general. At that
17 time in the US, there was a lot, a lot, a lot of
18 smelter acid available anywhere. Kennecott in Utah
19 was making a lot of acid, Phelps Dodge in Arizona
20 was making a lot of acid, Cypress Mines was making
21 a lot of acid, and the relevance of that is that
22 that is what we call fatal acid, so we were aware
23 that it was out there. I mean it was in our
24 Chicago market.

48

1    Q.  Did you have any other discussions with
2 smelter producers at that time about supply?
3    A.  Yes.
4    Q.  What other smelters did you speak with
5 or negotiate with?
6    A.  At the time I believe we were talking to
7 Kennecott and Phelps Dodge.
8    Q.  And Kennecott and -- and these
9 negotiations with Kennecott?
10    A.  They were not negotiations. They were
11 discussions. I believe that our Chicago plant,
12 which always bought some acid, they actually
13 produced -- they actually sold more than what we
14 could produce, so I believe Chicago was actually
15 buying from Kennecott, not on a big, long
16 contractual thing, but they were buying material
17 from them?
18    Q.  And Kennecott, Phelps Dodge, they had
19 discussions specifically with the Copley operation
20 or --
21    A.  No, but they were certainly an option
22 when we were looking at a make-or-buy decision.
23 Who do we talk to? There's Phelps Dodge, there's
24 Kennecott, there's Noranda.

49

1    Q.  In '87 was Phelps Dodge and Kennecott
2 Acid in Copley's specific market area?
3    A.  No. Not that I remember. Not that I
4 remember. But it was all over the marketplace. I
5 mean if you're asking me specifically do I remember
6 Kennecott or Phelps Dodge being there, I don't.
7    Q.  How about the Monaca, the zinc --
8    A.  Yes. Absolutely. It's 100 miles from
9 my plant.
10    Q.  And did you ever have -- during the time
11 period you were discussing supply with Noranda, did
12 you ever have discussions with Monaca about
13 attaining supply?
14    A.  Yes. I believe we did, but I don't
15 believe they went anywhere. Someone else was
16 marketing that product.
17    Q.  How much product did Monaca have going
18 into the sulfuric acid business?
19    A.  Monaca had somewhere in the neighborhood
20 of probably 100, 150,000 tons, something like that.
21    Q.  What was PVS -- I know you might have
22 mentioned this earlier, but what was Copley's
23 capacity?
24    A.  50,000 tons.

13 (Pages 46 to 49)

**50**

1   Q.  A year?

2   A.  Yes.  And if the plant ran well, it made

3  50,000, and if it didn't, it made 35, 36,000.

4   Q.  And who else during that time frame were

5  your competitors in the Copley market?

6   A.  CIL was by far and away the biggest

7  competitor, and then after that, it would have been

8  the material out of Monaca.

9   Q.  Anyone else you can think of?

10   A.  Not really.

11   Q.  How about the Chicago market?

12   A.  The Chicago market -- this is

13  speculation on my part because I was not involved

14  with Chicago at all at the time.  My involvement in

15  Chicago didn't happen until 1999.

16      I know that Kennecott material moved

17  into Chicago, Phelps Dodge moved into Chicago,

18  Asarco Material moved into Chicago, and all of that

19  is by-product smelter product.

20   Q.  And who was moving -- all the acid that

21  you just mentioned, who was actually moving it into

22  those markets, was Phelps Dodge itself marketing --

23   A.  Well, I mean some of it -- Kennecott we

24  bought from them in Chicago.

**51**

1   Q.  Okay.  So they weren't really a

2  competitor of yours?

3   A.  They were, because they would sell to

4  anybody that had a customer.  Phelps Dodge, same

5  thing.

6   Q.  They would sell to anybody who had a

7  customer?

8   A.  In other words --

9   Q.  They weren't selling to end-users?

10   A.  They were selling railcars into Chicago,

11  and primarily through distribution, they'd break it

12  down and sell it in a truck, or I'm sure they

13  probably also had rail direct business.  Again, I

14  was not involved in Chicago at all.

15   Q.  I understand, but I mean you may have

16  knowledge of the market.  You've been in the

17  business a long time.  I'm just trying to see what

18  knowledge you have, even if you weren't involved in

19  that specific operation.

20      Who were some of the distributors of

21  Kennecott and Phelps Dodge acid in the Chicago

22  market?

23   A.  I have no idea.  You're going back 20

24  years.  I don't have a recollection as to who it

**52**

1  was marketing material for.

2   Q.  How about five years ago?

3   A.  Asarco moved their own material.  That

4  I'm aware of.  Asarco is a big smelter --

5   Q.  Back in '87?

6   A.  -- in Arizona.

7      Yes.

8   Q.  Into Chicago?

9   A.  Into Chicago, yeah, into Columbus --

10   Q.  Did --

11   A.  -- Ohio.  They also had a terminal in

12  Columbus, Ohio.

13      MR. HAMILTON:  Can you please try not to talk

14  over each other?

15        (WHEREUPON, discussion was had

16        off the record.)

17  BY MR. BELL:

18   Q.  Where was the Asarco smelter operation?

19   A.  Hayden, Arizona.

20   Q.  And how about Phelps Dodge?

21   A.  Hidalgo, New Mexico.

22   Q.  And is it common for sulfuric acid to

23  travel such long distances?

24   A.  It's not desirable, but it is common.

**53**

1   Q.  And back in '87 it was common?

2   A.  It was very common.  A lot of it also

3  moved to Florida.

4   Q.  And when -- was there a certain time

5  frame that smelter acid became a factor as far as

6  PVS's operations?

7   A.  I don't understand the question.

8      MR. HAMILTON:  I'll object to the form.

9  BY MR. BELL:

10   Q.  Was there a certain time frame that

11  smelter acid, as far as PVS was concerned, became

12  something that, you know, PVS had to deal with --

13   A.  As long as I've been in the business,

14  smelter acid has been a fact of life in the

15  sulfuric acid market.

16   Q.  Was there a certain time period that

17  smelter production was increasing at a larger rate

18  than it had before?

19   A.  I don't know how to answer than it had

20  before.  There was a lot of smelter acid available

21  throughout the 1980s, and it was -- US regulations

22  also required that they require more acid.

23   Q.  So starting in the '80s and moving to

24  the '90s, in your estimation was the smelter acid

**54**

1  increasing throughout that time period?

2  A.  Yes.

3  Q.  And that was due to increasingly

4  tightening environmental regulations?

5  A.  I believe so.

6  Q.  And while you were with PVS, did you

7  ever obtain or read any marketing reports relating

8  to smelter acid and the impact it would have on the

9  US markets?

10  A.  I don't recall, but I'm sure as part of

11  my job I read all sorts of things.

12  Q.  And going back to -- because I don't

13  think I got a clear answer.

14  Going back to when you were doing a

15  make-or-buy analysis or were involved in that

16  process on behalf of PVS, did you take into

17  consideration what impact smelter acid from Noranda

18  would have on your market as far as pricing going

19  forward from, you know, if PVS didn't enter into an

20  agreement with Noranda?

21  MR. NORDAHL:  Object to the form of the

22  question.

23  BY THE WITNESS:

24  A.  Did we take into account what affect it

**55**

1  would have on the pricing in the market?

2  BY MR. BELL:

3  Q.  Sure.

4  A.  I don't think we assumed it would do

5  anything to the pricing in the market.

6  Q.  Did Noranda ever tell PVS that the acid

7  is coming into your market whether you like it or

8  not?

9  MR. NORDAHL:  I object to that question, lacks

10  foundation.

11  BY THE WITNESS:

12  A.  Not that I'm aware of.

13  BY MR. BELL:

14  Q.  Did PVS ever consider what -- that the

15  smelter acid, what impact it would have on pricing

16  in the market if PVS wasn't distributing it?

17  A.  You're asking me to recall a specific

18  thought and I don't.  However, I'm reasonably

19  astute to know if more product exists than there is

20  demand, supply/demand curves work, so a reasonable

21  assumption would be that pricing would go down.

22  Q.  So if PVS believed at the time that

23  Noranda acids was destined for the PVS market,

24  then PVS's assumption would be that pricing would

**56**

1  go down?

2  A.  Yeah.

3  Q.  And then did you take into account that

4  scenario in determining the future viability of

5  Copley?  Could Copley survive in this -- in

6  competition with this Canadian acid?  In other

7  words, if prices are going down, obviously Copley

8  will have less opportunity to make money?

9  MR. NORDAHL:  Object to the form of the

10  question.  It's compound, vague.

11  BY THE WITNESS:

12  A.  I don't think we did a projection out as

13  to where prices were going to go.  If Noranda came

14  in and we shut down the plant, I think we looked at

15  our own operation and said that we're not making

16  money today.  If more acid comes in and the prices

17  go down, we're going to make even less money --

18  we're going to lose even more money tomorrow than

19  we're losing today.

20  BY MR. BELL:

21  Q.  So was it PVS's intent to get -- to get

22  control of the Noranda acid that was destined for

23  the Copley market?

24  A.  No, it was PVS's intention to earn a

**57**

1  profit.  Period.  We're a for-profit corporation,

2  and we were not earning a profit, so we needed to

3  look at alternatives to what we were currently

4  doing, which wasn't working.

5  Q.  And did the agreement that was

6  eventually entered into between PVS and Noranda

7  did it have any kind of -- let me go back.

8  In doing your make-or-buy analysis, did

9  you have to determine a price at which you would

10  have to attain the Noranda acid in order to be able

11  to make it worthwhile to shut down Copley?

12  A.  I don't know how the final price was

13  ultimately derived.  I think we looked and did an

14  analysis of our selling prices, our production

15  prices.  We knew that we needed to buy at a price

16  somewhat less than what we were selling at.  And

17  what the ultimate criteria that was used for

18  getting to that ultimate purchase price was, I

19  don't know, and I don't know what the Noranda folks

20  push back was on that either.

21  Q.  So my assumption was that the Noranda

22  selling price to PVS for Copley was less than the

23  production costs that you would come up with in

24  your analysis?

66

1    A.  I don't recall.  For some reason I think
2  there may have been some cash paid up front and
3  then the rest was as a reduction in cost on acid
4  over a set number of tons.  But if you ask me
5  that -- am I 100 percent sure, I can't say yes.
6    Q.  And why were these modifications to take
7  Noranda acid necessitated?
8    A.  Because of the way they wanted to
9  transport the product to us, which was in unit
10  trains, blocks of 40 railcars at a time, and it
11  would be -- the unloading system was different than
12  what we had.  We did not have track space to
13  accommodate all 40 cars at one time, so we had to
14  expand our infrastructure to handle that.
15    Q.  And who was in charge of making the
16  modifications?  Was Noranda involved in any matter
17  in the modifications that were made to the new
18  Copley facility?
19    A.  I believe their engineers probably
20  worked with our engineers in terms of letting us
21  know what the requirements would be for the cars
22  and how to unload them, so we had to put in a
23  facility that was compatible with what they were
24  sending down, so I'm sure the engineers talked.

67

1    Q.  With the Copley plant -- how about
2  storage terminals -- I mean tank storage?
3    A.  We had to build an additional storage
4  tank.
5    Q.  And did Noranda contribute to the
6  capital cost?
7    A.  I think it was all part of the same
8  thing.
9    Q.  So there was tracks that had to be put
10  in, a storage tank?
11    A.  Right.
12    Q.  What else?
13    A.  And an unloading system.
14    Q.  Would that be referred to as the
15  transloading -- some kind of transloading
16  mechanism?
17    A.  It was part of the whole unit train
18  unloading system which incorporated the tracks.
19    Q.  And what size storage tank was built at
20  that time?
21    A.  Approximately 2,000 tons.
22    Q.  And did the Copley facility have a
23  storage tank in addition to this one?
24    A.  Yeah, it had about, approximately, 3,000

68

1  tons of additional storage, since they were sending
2  down 4,000 tons at a time.
3    Q.  And how much -- if you have an idea, how
4  much does a construction of a storage tank cost of
5  that size, the 2,000 tons?
6    A.  It was so long ago.  I don't recall what
7  it would cost back then.
8    Q.  Now, taking these costs for these
9  improvements that needed to be made to take Noranda
10  acid, was it still more economical to cease
11  production and go with the Noranda supply?
12    MR. NORDAHL:  Can I hear the question back?
13      (WHEREUPON, the record was read
14        by the reporter.)
15  BY THE WITNESS:
16    A.  I assume it was or we wouldn't have done
17  it.
18  BY MR. BELL:
19    Q.  So when Copley first shut down -- let me
20  ask it this way.
21      Did you take the capital costs of those
22  improvements into your make-or-buy analysis?
23    A.  I'm sure we did.
24    Q.  And when Copley first started taking

6

1  Noranda acid, were the economics taking all of
2  these factors into consideration, the capital costs
3  that were incurred, the potential revenue sharing
4  between Noranda and PVS, was that still more
5  economical than continuing to make acid?
6    A.  Again, I'm sure it was.  Just as a
7  matter of background, again, with an acid plant,
8  there's ongoing capital costs every year.  You have
9  to shut down your plant, do the required
10  maintenance and put it back up.  By shutting our
11  plant down, we avoided approximately $200,000 per
12  year in costs that we would no longer incur when
13  the plant was shut down.
14    Q.  And was that -- strike that.
15    THE WITNESS:  Would it be possible to take a
16  nature break here?
17    MR. BELL:  Absolutely.
18      (WHEREUPON, a recess was had.)
19  BY MR. BELL:
20    Q.  Were you involved in any other
21  make-or-buy decisions for any other facility of
22  PVS?
23    A.  No.
24    Q.  Are you aware of any other make-or-buy

18   (Pages 66 to 69)

**70**

1 analysis that took place for any other facilities
2 that PVS owned?
3     A.  As we discussed earlier, the Bay City.
4     Q.  And was that a similar situation at
5 Copley as far as taking smelter acid and ceasing
6 production?
7     A.  I assume so.
8     Q.  You have no knowledge at all why Bay
9 City closed?
10     A.  I believe Bay City was not profitable.
11     Q.  Are you aware that they ceased
12 production and took Noranda acid at the time they
13 ceased production?
14     A.  Yes.
15     Q.  But you have no knowledge of any
16 negotiations for Bay City?
17     A.  Not involved in the least.
18     Q.  And how about PVS's Chicago facility,
19 how many production units were in Chicago?
20     A.  What do you mean "production units"?
21     Q.  As far as plants, the manufacturers of
22 sulfuric acid.
23     A.  I have one production unit in Chicago.
24     Q.  And was that facility ever -- was

**71**

1 production ever decreased in order to take Noranda
2 acid?
3     A.  Never.
4     Q.  Did that facility ever take Noranda
5 acid?
6     A.  Yes.
7     Q.  When did it start taking Noranda acid?
8     A.  Actually, I do not know. I assume it
9 was the late '80s they started working with
10 Noranda.
11     Q.  In the late '80s?
12     A.  Yes.
13     Q.  Okay.
14        (WHEREUPON, a certain document
15        was marked Larson Deposition
16        Exhibit No. 1, for
17        identification, as of 6-23-05.)
18 BY MR. BELL:
19     Q.  I'm handing you what's been marked as
20 Larson Exhibit 1. Have you seen this document
21 before?
22     A.  Yes.
23     Q.  And have you seen it recently during
24 your review for this deposition or --

**72**

1     A.  Yes.
2     MR. NORDAHL: I'm sorry, Theo, can you speak
3 up just a little bit?
4 BY MR. BELL:
5     Q.  I'll let you take a minute to review
6 that document. Let me know when you've had enough
7 time to review it.
8     A.  Okay.
9     Q.  Do you know about what time frame this
10 document is from? I believe there's a date
11 handwritten on the last page, but since it's
12 handwritten in there, I don't want --
13     A.  It's handwritten in there with Frank J.
14 Biermann's initials, so I assume that's sent on
15 August 30, 1987.
16     Q.  Okay. And based on the first page of
17 this document, do you believe that you would have
18 received this document from Frank Biermann back at
19 that time frame in 1987?
20     A.  Uh-huh.
21     Q.  That was a yes?
22     A.  I'm sorry, I was swallowing.
23     MR. HAMILTON: That's okay.
24 BY THE WITNESS:

**73**

1     A.  The answer is yes.
2 BY MR. BELL:
3     Q.  I was just trying to clarify your answer
4 for the record.
5     MR. HAMILTON: We'll keep you honest, so will
6 the court reporter. That's all right.
7 BY MR. BELL:
8     Q.  And this was related to the Copley
9 shutdown?
10     A.  Correct.
11     Q.  Or the make-or-buy analysis that was
12 going on at that time?
13     A.  Correct.
14     Q.  And the first numbered paragraph on page
15 PVS 107688, the second page of the document, it
16 says, "Sulfuric is generating a modest margin, but
17 not covering indirect costs."
18        What does indirect costs entail?
19     A.  I believe what it's referring to is it's
20 making a modest margin over a variable cost, and
21 the variable cost is the cost of sulfur, so we're
22 generating more money than the cost of sulfur going
23 in but not covering all the overhead and labor
24 costs.

19 (Pages 70 to 73)

74

1    Q.   Okay. And the labor costs that you're
2    referring to were what you figured out when you are
3    doing make-or-buy analysis, and that was, I'm
4    assuming, based on assumptions you were making at
5    the time looking forward?
6        MR. NORDAHL: Object to the form of the
7    question.
8    BY THE WITNESS:
9        A.   I believe it was based on what they
10   were, labor costs.
11   BY MR. BELL:
12       Q.   I'm talking all the costs that went into
13   your analysis, not just the labor costs. The
14   market, the price of sulfur, were those factors
15   that would have went into your analysis?
16       A.   Yes.
17       Q.   So I mean the price of sulfur you would
18   have had to make assumptions whether the price was
19   going up or down, is that correct?
20       A.   Yes.
21       Q.   And I'm just wondering, so assumptions
22   were made in your make-or-buy analysis looking
23   forward?
24       A.   I assume assumptions were made. How's

75

1    that?
2        Q.   It wasn't made directly on historical
3    data that you had, it was a forward-looking
4    analysis that had to make certain assumptions,
5    that's all I'm trying to say.
6        A.   I would assume so. That's the best I
7    can answer it.
8        Q.   Fair enough. I started my question
9    saying that I assumed that assumptions were made,
10   and now --
11       A.   I'm assuming your assumptions are
12   correct.
13       Q.   And do you remember at some point in
14   time after the deal with Noranda was made going
15   back and reanalyzing your make-or-buy analysis and
16   the assumptions that were contained in there?
17       A.   I believe we did, yeah, do a
18   post-analysis on this thing.
19       Q.   And what were the conclusions of your
20   post-analysis?
21       A.   I believe there's a document that you
22   probably have, but I believe that the post-analysis
23   said that it was -- we made the right decision.
24       Q.   Okay. But did the post-analysis, did

76

1    it -- did you find that some of your assumptions
2    were wrong and more care would have to be taken in
3    the future to make a similar analysis?
4        A.   I'm sure we did. In any business
5    decision, assumptions are made and assumptions are
6    proven incorrectly.
7        Q.   Do you recall that to be the case when
8    you went back and looked at the assumptions that
9    went into your make-or-buy analysis for Copley?
10       A.   I don't recall that to be a fact, but it
11   could be.
12       Q.   If you go down to the -- a little past
13   the middle of the page where it says "Supply
14   Strategy,"
15       A.   Uh-huh.
16       Q.   The second sentence there in that
17   paragraph states, "When their additional acid come
18   on, our market is the logical direction to move
19   it... with or without us."
20       Can you tell us what that refers to? I
21   mean you can take your time to review the document
22   if you need.
23       A.   No. Again, of simple mind, the product
24   is produced in Canada. The first state across the

77

1    border from Canada is New York and Ohio. One would
2    assume that that's the first place it would stop.
3    So the logical place for it to go is as close to
4    its origin as possible.
5        Q.   And is there -- what gateway would the
6    acid coming into Ohio come through, if you know, as
7    far as the rail is concerned?
8        A.   There are a couple. I know Niagra Falls
9    is one gateway in the US, and I believe also in
10   Michigan is another gateway.
11       Q.   Detroit or --
12       A.   Somewhere in that area, Sarnia. I'm not
13   sure.
14       Q.   In the Detroit area?
15       A.   Yes.
16       Q.   So is there a gateway you're familiar
17   with that goes into Ohio?
18       A.   Well, Canada doesn't border Ohio, so
19   we'd have to go through New York, so that would be
20   Niagara Falls gateway.
21       Q.   So you projected the Noranda acid
22   destined for the US, was that key your decision in
23   the make-or-buy analysis based on what's written
24   here?

20  (Pages 74 to 77)

**78**

1  MR. HAMILTON: Object to the form.
2      Go ahead and answer.
3  BY THE WITNESS:
4      A.  Our make-or-buy analysis was made on our
5  need to do something better for our company and we
6  entered into the make-or-buy analysis based on that
7  thought process. The fact that they were coming
8  out with additional acid certainly made them a
9  logical supplier.
10 BY MR. BELL:
11     Q.  And did this supply strategy here that
12 we're focusing on on this document, did it have
13 anything to do with what the Noranda acid would do
14 to your market in the Copley area as far as supply
15 and demand?
16     MR. NORDAHL: Object to the form of the
17 question.
18 BY THE WITNESS:
19     A.  Again, our decision was based on what we
20 could do best for our company and that's how the
21 decision was made. Whether there were other
22 external factors that went into that decision,
23 certainly I'm sure they were considered.
24 BY MR. BELL:

**79**

1      Q.  Such as your ability to compete with
2  Noranda should it come into your market at Copley?
3      A.  Sure.
4      Q.  And that was a factor that was
5  considered in the make-or-buy analysis?
6      A.  Our ability to complete? We already had
7  no ability to complete in the market, which is why
8  we were doing a make-or-buy analysis period.
9      Q.  During your make-or-buy analysis, did
10 you ever undertake an analysis of what Noranda's
11 costs were for acid that would be coming
12 into Copley?
13     MR. NORDAHL: Object. The question lacks
14 foundation, object to the form as well.
15 BY THE WITNESS:
16     A.  Absolutely not, because I, again, have
17 no knowledge of what their costs are, what their
18 infrastructure is.
19 BY MR. BELL:
20     Q.  And was that information ever provided
21 from PVS to Noranda, was it ever discussed?
22     A.  Never ever.
23     Q.  And you know that for a fact or based
24 on --

**80**

1      A.  Well, if it was provided to someone
2  else, that person didn't share it with me.
3      Q.  That's all I wanted to clarify. When
4  you say "never," if it's something you're
5  absolutely certain it never happened or just in
6  your experience you weren't aware of.
7      A.  I have no idea whether it ever happened
8  or not. I generally don't share costs with my
9  customers.
10     Q.  During the negotiations with Noranda for
11 the Copley facility, did Noranda ever offer to run
12 the Copley facility for PVS?
13     A.  Run it for us? Not to my knowledge.
14     Q.  To operate the plant?
15     A.  Noranda personnel?
16     Q.  To manage the operations.
17     A.  Not that I'm aware.
18     Q.  And was there a lag in the time that
19 Copley shut down and the time that Noranda started
20 supplying Copley with Noranda acid?
21     A.  No. The plant shut down and Noranda
22 supplied literally on the day we needed it when we
23 shut down. The plant -- I'll go back and make a
24 point I made before.

**81**

1      The plant needs to go down for a
2  maintenance turnaround every year. If you do not
3  take a plant down for a maintenance turnaround, it
4  takes itself down. And our plant was in the
5  process of shutting itself down. We had to decide
6  do we want to spend a couple hundred thousand
7  dollars to keep it running or do we let it shut
8  down. We chose to let it shut down.
9      (WHEREUPON, there was a short
10          interruption.)
11 BY MR. BELL:
12     Q.  So my question, to your knowledge,
13 though, did -- was there a time frame that Noranda
14 started producing acid from its smelters or
15 supplying acid from its smelters to PVS that you
16 were aware of at the time? In other words, when
17 did Noranda actually start supplying PVS with acid
18 from Noranda smelters?
19     A.  The day we shut down.
20     Q.  And you're not aware of Noranda
21 supplying acid from other sources other than it's
22 smelters to PVS leading up --
23     A.  Not that I'm aware of. Not that I'm
24 aware of. I know the first train we brought in

21 (Pages 78 to 81)

102

1  Q. That would likely relate to your
2 make-or-buy analysis?
3  A. Yes.
4  Q. And then the last paragraph towards the
5 bottom where it says, "This case results in a 4.7
6 year pay back at 6.9 percent Internal rate of
7 return, assuming, of course, that capital costs do
8 not exceed $565,000, that plant shutdown cost and
9 employee severance costs are as indicated on
10 attached, that we incur no incremental cost for
11 delivery of acid of offloading of unit trains and
12 that average net backs remain unchanged."
13  Can you explain to me what your
14 understanding of that paragraph is?
15  A. That would, I would assume, refer to the
16 shutdown scenario, having a 4.7 year payback,
17 because there would be no capital costs involved of
18 the magnitude of 565,000, if we were to run the
19 plant.
20  Q. There would be no capital costs of
21 565,000 if you were to run the plant or does that
22 relate to the costs of upgrading the plant to take
23 sulfuric acid from Noranda?
24  A. I don't understand what your question

103

1 is.
2  Q. Yeah, I may not have -- as I understand
3 it, the case scenario is discussed above from the
4 paragraph we just read, if you take PVS 4.7 years
5 to pay back the capital costs of modifying the
6 Copley terminal to take Noranda acid, is that
7 right?
8  A. That's what I believe it says.
9  Q. Okay. And then when it mentions
10 assuming, of course, that capital costs do not
11 exceed $565,000, would that relate to the costs of
12 upgrading the plant to take Noranda acid?
13  A. I believe that's what it referred to.
14  Q. I may have misunderstood your previous
15 answer and I apologize for that.
16  And if you could read the first
17 paragraph on the next page.
18  A. "Discussion with Dean leads me to
19 believe that a more realistic scenario is as
20 follows: Higher sulfur cost 35.40 per ton 100
21 percent sulfuric acid. Salvage value of spare
22 parts and equipment probably a minimum of $75,000,
23 four employees, although they think they can do it
24 with three, and federal income taxes a year or two

104

1 at 34 percent to 40 percent thereafter. I have
2 used 40 percent across the board in attached
3 analysis, volumes at 60,000 tons a year."
4  It goes on to say, "This is the more
5 likely scenario which would result in a 1.8 year
6 payback and 40 percent internal rate of return
7 based on after tax cash flows."
8  So he is saying that after discussions
9 with me, the more likely scenario says it's going
10 to be very expensive to run the sulfuric acid plant
11 because the cost of sulfur is at 35.40, and that
12 the buy decision based on a 1.8 year payback and a
13 40.8 percent internal rate of return is a
14 no-brainer, that we should shut the plant down.
15  Q. Can you read the next full paragraph?
16  A. "As I understand the market
17 circumstances in Ohio, our choices are not between
18 running the plant or proceeding with the unit train
19 proposal. Rather, they are apparently between
20 proceeding with the unit train proposal or
21 gradually shutting down the plant and getting out
22 of the sulfuric acid market in Ohio. Apparently,
23 the Noranda acid is destined for the Ohio market,
24 and if we do not control it, someone else will.

105

1 The latter would apparently result in depressed
2 prices and make it uneconomical to operate the
3 plant."
4  Q. What is your understanding of what that
5 paragraph says?
6  A. That paragraph says whether we do a
7 deal with Noranda or not, we're shutting down the
8 plant.
9  Q. And one of the factors in that
10 determination was that the Noranda acid is destined
11 for the Ohio market which will then depress the
12 prices in that market?
13  A. One does not say that. It says that the
14 choices are between shutting down the plant and
15 getting out of the business or going -- in other
16 words, exiting the business, getting out of the
17 sulfuric acid market in Ohio. The other one then
18 says, "Or the other choice is to go with the unit
19 train proposal," and salvage our business, if you
20 will.
21  Q. So specifically where it says,
22 "Apparently, the Noranda acid is destined for the
23 Ohio market and if we do not control it, someone
24 else will," what does that refer to?

27 (Pages 102 to 105)

1    A.   There, again, there exists an oversupply
2  in the market which kept prices in the market at
3  market prices.
4    Q.  Okay.
5    A.  I don't set the market price.
6    Q.  I understand.  But as part of the
7  analysis, then, you would take into account the
8  potential Noranda acid destined for the Ohio
9  market?
10    A.  Obviously, we were aware that there was
11  potential product coming into the market.
12    Q.  So if that was to occur and the prices
13  went lower than they were, there would be
14  absolutely no way to continue running the plant?
15    MR. NORDAHL:  Objection to the form of the
16  question.
17  BY THE WITNESS:
18    A.  Under the current circumstances, there
19  was no way to continue running the plant which is
20  stated in here.  The arrival of Noranda acid would
21  have made it worse, I guess, is the assumption.
22  BY MR. BELL:
23    Q.  The last paragraph, if you could read
24  that, I guess the first two sentences?

**110**

1    A.  "In summary, if the above market
2  assessment is accurate and you believe that the
3  'more likely scenario' assumptions are reasonably
4  accurate, then we should proceed with this project
5  post" -- I believe he meant to say "haste." "If
6  however, you believe that the so-called 'worse case
7  scenario" is reasonably possible, then we should
8  perhaps take a closer look at the option of
9  gradually withdrawing from the market.  This latter
10  option should, in any event, be preserved in any
11  agreement we reach with Noranda, i.e., termination
12  provisions must allow for withdrawal from the
13  Agreement without unduly harsh financial penalty.
14  I would be happy to discuss this further with any
15  of you at your convenience."
16    Q.  Can you explain what your understanding
17  of this paragraph is relating to the worse case
18  scenario and then the option of gradual withdrawal
19  from the market as opposed to just shutting down?
20  As you said, the decision had already been made?
21    A.  I commented before I don't know why
22  he -- what the term "worse case scenario" was and
23  he's using it without seeing any spreadsheet or
24  whatever this is referring to.  So what do you want

**111**

1  me to comment on?
2    Q.  I just asked you a question.  I guess
3  your answer is without the attached spreadsheet,
4  you can't interpret that?
5    A.  We assume that if the most likely
6  scenario is accurate, then we should proceed.
7    MR. BELL:  And during the lunch break, I'm
8  going to have the staff here look and see what
9  follows this document in case it's there, because I
10  can't represent that it is or isn't, and I know you
11  probably can't sit --
12    MR. HAMILTON:  Right.  Right.
13    MR. BELL:  So at least we can figure out if
14  there is an attachment to this.
15  BY MR. BELL:
16    Q.  Based on that last paragraph, PVS was
17  considering the option of a gradual withdrawal from
18  the market?
19    A.  Again, I will temper that statement by
20  staying this was written by an accountant who had
21  no knowledge of the plant and the plant was
22  shutting itself down without its annual turnaround
23  basis.  The decision had been made, we weren't
24  going to run the plant.

**112**

1    Q.  Okay.  And the plant was -- when you say
2  was shutting itself down --
3    A.  Eating itself up.
4    Q.  Was unable to operate at the time?
5    A.  Correct.
6    Q.  It was unable to produce acid at the
7  time this was written?
8    A.  The plant -- there's a diminishing
9  production rate, and so if you don't put money into
10  the plant, the production rate continues to get
11  worse and worse, and the economics of that plant
12  get worse and worse.  A decision had been made --
13    Q.  And that relates to yearly maintenance
14  that's required at the plant, correct?
15    A.  Yes.
16    Q.  I think that's all I have on that
17  document.
18    MR. BELL:  Is now a good time to stop?
19    MR. HAMILTON:  Assuming that Ellen and
20  Mr. Larson -- I'll do whatever the consensus is.
21        (WHEREUPON, the deposition was
22        recessed until 12:45 p.m., this
23        date.)
24

**113**

**29 (Pages 110 to 113)**

126

1 possible. The specific instance I don't recall.
2    Q.   My question is specifically addressed to
3 rail direct from Noranda to a PVS customer, whether
4 Noranda would go -- would pursue that customer
5 directly on its own, not to another marketer?
6    MR. NORDAHL:  Can I hear that question back?
7         (WHEREUPON, the record was read
8          by the reporter.)
9    MR. NORDAHL:  Objection, lack of foundation.
10 BY THE WITNESS:
11    A.   I don't remember Noranda selling direct
12 to one of our customers that we were selling their
13 product to.
14 BY MR. BELL:
15    Q.   Until some time in 1999?
16    A.   Correct.
17    Q.   Did Noranda ever give PVS assurances
18 under the initial Copley supply agreement that was
19 entered into that it would not, in fact, go after
20 PVS's customer base?
21    A.   No.
22    Q.   And are you basing your answer
23 specifically and only on your knowledge?
24    A.   Yes.

127

1    Q.   You're not saying that that never, in
2 fact, happened?
3    A.   I'm saying that to my knowledge, it
4 never happened.
5    Q.   Paragraph 4, if you can read that into
6 the record?
7    A.   "The proposed agreement is for a period
8 of seven years. JB Nicholson would feel more
9 comfortable with a ten year agreement."
10    Q.   Do you know why that was?
11    A.   More comfort in longer term commitments.
12    Q.   And once the Copley plant shut down, was
13 that plant maintained so that they could operate
14 again?
15    A.   No.
16    Q.   So if -- if there was a shorter term
17 agreement entered into, PVS would be in a very
18 vulnerable situation if Noranda stopped supplying
19 acid, is that correct?
20    A.   Yeah.
21    Q.   Now about Paragraph 5, can you read that
22 into the record?
23    A.   "Noranda's by-product acid becomes
24 available in January, 1990. Thus D. Larson is to

128

1 approach sulfur suppliers and attempt to obtain a
2 two-year commitment from them to provide sulfur
3 delivered to Copley at $80 per ton. If they agree,
4 we would commit to run the plant until January
5 1990. This strategy is to be coordinated with
6 Noranda since it is believed that this would also
7 be of value to them."
8    Q.   Can you explain what that paragraph
9 means?
10    A.   I believe that I was instructed to go
11 out to our sulfur supplier and ask them to reduce
12 their price to $80 a ton and hold that price for a
13 two-year period.
14    Q.   And the second part of that, "If they
15 agree, we will commit to run the plant until
16 January of 1990."
17         So if sulfur could be obtained at that
18 price, would the economics have been different?
19    A.   The economics would have been better for
20 us, yes.
21    Q.   And you would have continued to run the
22 plant until 1990?
23    A.   That's what this is suggesting, yes.
24    Q.   And the final sentence, "This strategy

129

1 is to be coordinated with Noranda since it is
2 believed that this would also be of value to them."
3         What is that referring to?
4    A.   I don't know since no sulfur supplier
5 agreed to supply us at $80 a ton, no strategy was
6 implemented.
7    Q.   I understand, but why was this strategy
8 to be coordinated with Noranda?
9    A.   Because it says that we would not need
10 them to supply us product until a later date.
11    Q.   And why would that be of value to them?
12    A.   I guess because their supply wasn't
13 coming on until January of 1990.
14    Q.   And if you could turn to the next page
15 under Conclusion. If you could read the sentence
16 and a half there?
17    A.   The top one?
18    Q.   Under Conclusion.
19    A.   "JB Nicholson asked for a vote on
20 whether to proceed with the project. All in
21 attendance voted to proceed. The following
22 assignments were given."
23    Q.   So it was at this point that PVS made
24 the decision to go ahead with the project in

33 (Pages 126 to 129)

130

1  obtaining the acid and shut down the plant?
2  MR. HAMILTON: No. I'll object to the form.
3  Go ahead and answer.
4  BY THE WITNESS:
5  A. No. The decision to shut down the plant
6  had been made months before. It was at this point
7  in time that PVS made the plan to go forth with
8  Noranda.
9  BY MR. BELL:
10  Q. That's all I have on that document.
11  (WHEREUPON, a certain document
12  was marked Larson Deposition
13  Exhibit No. 5, for
14  identification, as of 6-23-05.)
15  BY MR. BELL:
16  Q. I hand you what's been marked as Larson
17  Exhibit 6.
18  I don't think you're going to need to
19  read this document to recognize what it is, but can
20  you tell me what this document is just by looking
21  at the first page?
22  A. It appears to be the sales agreement or
23  contract between PVS and Noranda.
24  Q. My next question is whether it's an

131

1  executed contract, and turn to Page 12 of that
2  document?
3  A. I'm sorry, your question was what?
4  Q. Whether this is an executed copy?
5  A. It is an executed copy.
6  Q. Who are the signatories to the executed
7  contract?
8  A. Donald Sosnoski and James B. Nicholson,
9  and on the Noranda side, it looks like something
10  McLean, and I have no idea what the other one is.
11  Q. Are you familiar with an individual from
12  Noranda named Neil McLean?
13  A. I've met Neil McLean before, yes.
14  Q. When was that?
15  A. I do not know, sometime during the
16  course of the whole agreement with Noranda.
17  Q. Do you know if it was during the
18  negotiations that was discussed --
19  A. I don't believe it was prior.
20  MR. HAMILTON: Mr. Larson, we took a break and
21  I know people are kind of lax in normal
22  conversational tone, but I just want to remind you
23  to make certain that you allow Mr. Bell to fully
24  articulate his question before you answer it. In

132

1  normal conversation that's fine.
2  THE WITNESS: Sure.
3  BY MR. BELL:
4  Q. How about are you familiar with an
5  individual from Noranda named George Jones?
6  A. Yes.
7  Q. Are you familiar with Mr. Jones?
8  A. Over the course of business I met George
9  Jones.
10  Q. Do you recall whether you met George
11  Jones during the negotiations at all with Noranda
12  for this supply agreement?
13  A. I was not involved in the negotiations,
14  so I did not meet him during that time.
15  Q. Now, if you turn to the first page of
16  the agreement, the agreement appears to have been
17  entered into on March 11, 1988, is that correct, if
18  you look at the top?
19  A. Yes.
20  Q. Which is just three days after Exhibit
21  5, is that correct?
22  A. Well, four days.
23  Q. Four days, excuse me.
24  The parties, as far as PVS is concerned

133

1  or from PVS's side to this agreement are PVS
2  Chemicals, Inc. Ohio and Pressure Vessel Service,
3  Inc., referred to as PVSI, correct?
4  A. Yes.
5  Q. Is Pressure Vessel Service, Inc. the
6  "corporate" we were referring to in the previous
7  document?
8  A. Yes.
9  Q. If you could read Paragraph 2 on --
10  it's marked Page 3 at the top. I don't know if
11  there's a page missing. The Bates stamp of the
12  first page is PVS 105281, the page I'm referring to
13  is PVS 105283. It appears that 282 is missing. I
14  don't know if that was a production error or if
15  that was a copying error.
16  A. "PVS Chemicals agrees to discontinue
17  production of sulfuric acid at its Copley, Ohio
18  plant. PVS Chemicals agrees to purchase and
19  receive the total requirement for sulfuric acid
20  sales from the Copley plant, and Noranda Sales
21  hereby agrees to sell and ship to PVS Chemicals
22  said acid supplies."
23  Q. So was the discontinuation of sulfuric
24  acid a negotiated term of this contract?

34 (Pages 130 to 133)

138

1    Q.   Who would put together those
2   calculations?
3    A.   My controller.
4    Q.   And would you be involved in that
5   process at all?
6    A.   I would be involved in reviewing the
7   final calculation before it went out.
8    Q.   And did Noranda -- was there any
9   mechanism there for Noranda to verify the amount of
10  netbacks that were due to Noranda or --
11   A.   Yeah, per the contract there was the
12  right to audit our books.
13   Q.   And during the next break, I will look
14  to see what happened to that missing page and see
15  if I can't locate that.
16   MR. HAMILTON:  Given that it's omitting a
17  Bates stamp, it looks like it was just a copying
18  error.
19   MR. BELL:  But since the Bates stamp was
20  handwritten, I don't know if it's a printing error
21  or -- but we'll look into that.
22   MR. HAMILTON:  I see.
23   MR. BELL:  It does appear that obviously a
24  page is missing, so we'll look into that.

139

1         (WHEREUPON, a certain document
2           was marked Larson Deposition
3           Exhibit No. 7, for
4           identification, as of 6-23-05.)
5   BY MR. BELL:
6    Q.   Handing what's been marked as
7   Exhibit 7, Mr. Larson, and I'll hand copies around.
8    MR. HAMILTON:  Thanks.
9   BY MR. BELL:
10   Q.   Have you reviewed that document?
11   A.   Yeah.
12   Q.   And is this -- tell me what this
13  document is.
14   A.   It's letting them know the results of
15  our netback after the quarterly basis.
16   Q.   That we just discussed following the
17  terms of the -- I believe it's Item 13 as stated in
18  this letter.
19        So based on this Exhibit 7, then, the
20  price of acid that PVS was paying didn't increase
21  from the original contract, is that correct?
22   A.   Correct.
23   Q.   That's all I have on that one --
24  actually, let me ask you.  Was this typical of how

140

1   Noranda was informed?
2    A.   Yes.
3    Q.   Referring to Exhibit 7 of the netback
4   increases or decreases?
5    A.   Yes.
6    Q.   Okay.  Thank you.
7         (WHEREUPON, a certain document
8           was marked Larson Deposition
9           Exhibit No. 8, for
10          identification, as of 6-23-05.)
11  BY MR. BELL:
12   Q.   I show you what's been marked as Exhibit
13  8, assuming that's the correct exhibit number?
14   MR. HAMILTON:  It is.
15  BY THE WITNESS:
16   A.   Okay.
17  BY MR. BELL:
18   Q.   Could you describe to me what this
19  exhibit is and -- referring to the first three
20  pages for now.
21   A.   It's just a review of the actual
22  performance of our decision.
23   Q.   And what is the outcome of this?
24   A.   It shows that we made the right decision

141

1   when we decided in '87 to shut the plant down.
2    Q.   And if you turn to -- now, does this
3   document reflect that some of the assumptions that
4   were made in doing your economic analysis were not
5   accurate?
6    A.   Yeah.
7    Q.   I'm a little confused by reading this.
8   Is this relating to the assumptions of the plant
9   cost to manufacture sulfuric acid or the
10  assumptions in taking the acid from Noranda?
11   A.   Mostly it refers to the assumptions, I
12  believe, and the bank costs.
13   Q.   If you turn to Page 2 of this document,
14  Paragraph D.  It says Cost of Produced Acid.  "At
15  the time of our analysis in 1988, we assumed that
16  acid produced by the plant would cost $49.91 per
17  ton."
18   A.   Right.
19   Q.   Is it your recollection that in '88, the
20  average price Copley was getting for acid was below
21  49.91 a ton?
22   A.   You're asking me to recollect something
23  that happened 18 years ago.  I have no idea what it
24  was.

274

1  analysis?

2      A.  No, but if I could correct you, it was

3  not a buy/sell decision, it was a make-or-buy

4  decision.

5      MR. BELL:  I'm sorry, could you read that

6  back, his answer?

7          (WHEREUPON, the record was read

8          by the reporter.)

9      MR. HAMILTON:  Thank you, you're correct.

10  BY THE WITNESS:

11      A.  No, the economics of Noranda did not

12  enter into that decision, the decision was made

13  based on the performance of the plant that we would

14  shut the plant down.

15  BY MR. HAMILTON:

16      Q.  I want to ask you a little bit about the

17  topic area that was discussed regarding zone

18  bidding.  Do you recall that general topic?

19      A.  Yes.

20      Q.  After the zone bidding was accomplished

21  and various zones were awarded, was there anything

22  that prevented PVS from making acid sales outside

23  of the zones that did cover it?

24      A.  No, we were free to sell acid wherever

275

1  we wanted.

2      Q.  Were you free to sell acid outside the

3  zones that you were assigned under those zone

4  contracts?

5      A.  Yes.

6      MR. HAMILTON:  I have nothing further.

7      MR. NORDAHL:  Just real quickly, if you could

8  pull out Exhibit 21 and Exhibit 25.

9      MR. HAMILTON:  I've got them right here.

10      THE WITNESS:  Okay.

11          EXAMINATION

12  BY MR. NORDAHL:

13      Q.  Go to Exhibit 21.  Can you go to the

14  Page PVS 106341.

15      A.  Yes.

16      Q.  And again, 21 was the June 1995 proposal

17  from Noranda Sales marketing the Falconbridge acid,

18  correct?

19      A.  Yes.

20      Q.  Could you read into the record

21  Paragraph (e), which is I believe 3.1(e)?

22      A.  "It is understood that Falconbridge has

23  not prevented and is not attempting to prevent here

24  under the buyer from selling sulfuric acid in any

276

1  geographic location within or outside of the United

2  States."

3      Q.  And if you could just go to Exhibit 25,

4  Page NFD 166833.

5      A.  Okay.

6      Q.  Is that same Paragraph 3.1(e), does

7  that remain the same as it did in the initial

8  proposal?

9      A.  Yes.

10      MR. NORDAHL:  That's all the questions I have.

11      MR. BELL:  Anyone else?

12      MR. HAMILTON:  My only other question is how

13  do I hail a taxi?

14      MR. BELL:  I have one follow-up question.

15          FURTHER EXAMINATION

16  BY MR. BELL:

17      Q.  Now, you said the decision on the

18  make-or-buy was made -- I'm sorry, I didn't catch

19  it, was it August of '87?

20      A.  Yes.

21      Q.  And I believe in document Exhibit 5,

22  which is dated -- Larson Exhibit 5 which is dated

23  March 7th, 1988, this was the -- I'll let you --

24  I'll show you my copy if you need me to.

277

1      A.  I got it here somewhere.

2          Okay.

3      Q.  Page 3 of that document?

4      A.  Okay.

5      Q.  If you recall, we discussed this earlier

6  today, where it says, "Conclusion.

7  JP Nicholson asked for a vote on whether to proceed

8  with the project.  All in attendance voted to

9  proceed?"

10          What was his vote for?

11      A.  What was the vote?

12      Q.  Yes.

13      A.  The vote was ultimately to enter into an

14  agreement with another to supply us.

15      Q.  And so that decision was made that this

16  goes?

17      A.  No, the decision to shut down the plant

18  was made previous to that.  The decision to move

19  forward with the agreement that had been -- that

20  was under negotiation was given final approval at

21  this meeting.

22      Q.  Okay.  Sorry I didn't catch it, what was

23  the date that you said the make-or-buy decision was

24  made?  Did you give a specific date?

278

1    A.  I think it was August 30, 1987,
2  Document 1. August 30th, 1987.
3    Q.  And where do you get from this document
4  that the decision was made on that date?
5    A.  It says, "The actions as to what to do
6  going forward." It basically says, "Sulfuric is
7  generating modest margin not covering indirect
8  costs, make versus buy analysis favors purchase of
9  smelter acid."
10    Q.  Okay. I just wanted to know what your
11  basis for saying that this document shows you the
12  date that this decision was made?
13    A.  It's the date the action planned -- the
14  title of the document is the Copley Sulfuric
15  Shutdown Action Plan. That's pretty self-evident.
16  MR. BELL: Thank you.
17
18        FURTHER DEPONENT SAITH NOT.
19
20
21
22
23
24

279

1     IN THE UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF ILLINOIS
3        EASTERN DIVISION
4
5  IN RE SULFURIC ACID    )
6  ANTITRUST LITIGATION    )MDL DOCKET NO. 1536
7  -----------------------------)CASE NO. 03 C 4576
8  THIS DOCUMENT RELATES TO:  )
9  ALL RELATED ACTIONS    )
10    I hereby certify that I have read the
11  foregoing transcript of my deposition given at the
12  time and place aforesaid, consisting of Pages 1 to
13  278, inclusive, and I do again subscribe and make
14  oath that the same is a true, correct and complete
15  transcript of my deposition so given as aforesaid,
16  and includes changes, if any, so made by me.
17
18        DEAN LARSON
19  SUBSCRIBED AND SWORN TO before me
20  this    day of    , A.D. 200 .
21
22    Notary Public
23
24

280

1  STATE OF ILLINOIS )
2        ) SS:
3  COUNTY OF C O O K )
4    I, ELLEN DUSZA, a Notary Public within
5  and for the County of Cook, State of Illinois, and
6  a Certified Shorthand Reporter of said state, do
7  hereby certify:
8    That previous to the commencement of the
9  examination of the witness, the witness was duly
10  sworn to testify the whole truth concerning the
11  matters herein;
12    That the foregoing deposition transcript
13  was reported stenographically by me, was thereafter
14  reduced to typewriting under my personal direction
15  and constitutes a true record of the testimony
16  given and the proceedings had;
17    That the said deposition was taken
18  before me at the time and place specified;
19    That I am not a relative or employee or
20  attorney or counsel, nor a relative or employee of
21  such attorney or counsel for any of the parties
22  hereto, nor interested directly or indirectly in
23  the outcome of this action.
24    IN WITNESS WHEREOF, I do hereunto set my

281

1  hand and affix my seal of office at Chicago,
2  Illinois, this 18th day of July, 2005.
3
4
5    Notary Public, Cook County, Illinois.
6    My commission expires September 19, 2005
7
8  C.S.R. Certificate No. 84-3386.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**71 (Pages 278 to 281)**