IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SULFURIC ACID ANTITRUST LITIGATION ) ) ) | MDL Docket No. 1536 Case No. 03 C 4576 |
| This Document Relates To: ) ) | Honorable Judge David H. Coar Magistrate Judge Jeffrey Cole |
| **ALL RELATED ACTIONS** ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order of September 3, 2008, Plaintiffs and Defendants Noranda, Inc., Falconbridge Limited, and NorFalco LLC (collectively the "Noranda Defendants"), General Alum New England Corp. d/b/a GAC Chemical Corporation, ("GAC"), Intertrade Holdings, Inc., Koch Sulfur Products Company, Koch Sulfur Products Company LLC and Pressure Vessel Services, Inc. hereby submit their Joint Status Report.

1.   The first of these consolidated antitrust cases arising under Section 1 of the Sherman Act was filed on February 21, 2003. On July 1, 2003, the Multidistrict Litigation Panel entered a Conditional Transfer Order establishing this multidistrict litigation action before this Court. *See* Dkt. No. 1.

2.   Thereafter, the parties engaged in extensive fact and expert discovery. With limited court-ordered exceptions, fact discovery in this case closed on July 1, 2005. The parties completed expert discovery in April 2006.

3.   On April 27, 2006, GAC filed its Rule 12(b)(6) motion to dismiss the Plaintiffs' Third Consolidated Amended Class Action Complaint. *See* Dkt. No. 339. That motion was fully briefed on June 15, 2006. GAC's Position: GAC further notes that its pending motion to

13207

dismiss renews and incorporates the motion to dismiss GAC originally filed on July 30, 2004 with respect to Plaintiffs' Second Consolidated Amended Class Action Complaint.

4. On May 22, 2006, all Defendants filed a joint *Daubert* motion to exclude the testimony of Plaintiffs' expert, Dr. Robert Tollison. See Dkt. No. 353. In addition, the Noranda Defendants, PVS, GAC, and Intertrade, among others, filed a *Daubert* motion to exclude the testimony of Plaintiffs' expert, Dr. James McClave. See Dkt. No. 350. The Koch Defendants filed a separate *Daubert* motion to exclude Dr. McClave's testimony. See Dkt. No. 356  The Marsulex Defendants have since withdrawn their support for, and joinder in these Daubert motions due to the settlement agreement they entered into with Plaintiffs.

5. On June 15, 2006, the Court referred the three *Daubert* motions to Magistrate Judge Jeffrey Cole for the preparation of reports and recommendations. See Dkt. Nos. 371 and 374. All three *Daubert* motions were fully briefed on September 14, 2006, and on November 1, 2006, the parties presented oral arguments on the motions. The motions remain pending before the Magistrate Judge.

6. On or before July 31, 2006, the Defendants, other than E.I. du Pont de Nemours and Company ("DuPont") who had reached a settlement agreement with Plaintiffs, filed a total of nine separate motions for summary judgment. Each Defendant, other than DuPont, joined in the motions filed by the other defendants. However, Defendants Chemtrade Logistics (U.S.), Inc. and Marsulex, Inc. (collectively "the Marsulex Defendants") subsequently withdrew their respective motions for summary judgment and their joinder in the other defendants' motions due to their settlement with the Plaintiffs. See Dkt. No. 569.

7. Thus, there are seven motions for summary judgment that have been fully briefed since December 12, 2006 that are currently pending before the Court:

(a) Motion for summary judgment filed by GAC (Dkt. No. 413);

(b) Motion for summary judgment filed by Noranda (Dkt. No. 418);

(c) Motion for summary judgment filed by Intertrade (Dkt. No. 422);

(d) Motion for summary judgment filed by Falconbridge Limited (Dkt. No. 426);

(e) Motion for summary judgment filed by PVS, Inc. (Dkt. No. 430);

(f) Motion for summary judgment filed by NorFalco LLC (Dkt. No. 433); and

(g) Motion for summary judgment filed by Koch Sulfur Products Company and Koch Sulfur Products Company LLC (Dkt. No. 439).

8. On March 21, 2007, the Court granted Plaintiffs' motion to certify a litigation class of "All persons (excluding federal, state, and local governmental entities and political subdivisions, the Defendants, and their respective parents, subsidiaries and their affiliates) who purchased sulfuric acid in the United States directly from one or more of the Defendants or their parents, subsidiaries, affiliates, or joint ventures during the period from January 1, 1988 through January 16, 2003."[1] *See* Dkt. Nos. 535 and 536.

9. To date, three of the Defendants in this action have reached settlements with Plaintiffs. On December 20, 2006, the Court approved Plaintiffs' settlement with DuPont for the sum of $5 million. *See* Dkt. No. 531. On May 15, 2008, the Court approved Plaintiffs' settlement with Marsulex and Chemtrade for a combined sum of $1.15 million. *See* Dkt. No. 589. These settlements provide for the Settling Defendants to cooperate in the continuing prosecution of this case.

---

[1] For purposes of this litigation, "sulfuric acid" refers to non-fuming sulfuric acid (chemical formula: $H_2SO_4$), which is for illustration purposes (although not exclusively) sold at strengths 93% and 98%. It does not include spent regenerated or Florida fertilizer sulfuric acid. *See* Dkt. No. 552 and Exhibits "A" and "B" thereto.

10. Settlement discussions between Plaintiffs and certain remaining Defendants occurred more than a year ago, but no agreements were reached, and there are no discussions presently.

11. No pretrial schedule or trial date has been set.

.
Dated: September 16, 2008                        Respectfully submitted:


  /s/ Mary Jane Fait
Mary Jane Fait
Theodore B. Bell
**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

Joseph C. Kohn
Robert J. LaRocca
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Steven A. Asher
David H. Weinstein
Mindee J. Reuben
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535

5

Steven O. Sidener
Joseph M. Barton
**GOLD BENNETT CERA & SIDENER LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Plaintiffs' Co-Lead Counsel*

/s/ David C. Gustman
David C. Gustman
Jeffery M. Cross
Jill C. Anderson
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Ste. 3000
Chicago, Illinois 60606
Telephone:  (312) 360-6000
Facsimile:  (312) 360-6597

**Counsel for Noranda Inc., Falconbridge Limited, NorFalco LLC,  and also on behalf of General Alum New England Corp., d/b/a GAC Chemical Corporation, ("GAC"), Intertrade Holdings, Inc., Koch Sulfur Products Company, Koch Sulfur Products Company LLC and Pressure Vessel Services**

13027

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of September, 2008, a copy of the *Joint Status Report* was served by causing a true and correct copy to be delivered via facsimile and overnight delivery via Federal Express to the attached Service List.

**Dated:**  September 16, 2008                     Respectfully submitted,

                              By:      __/s/ Mary Jane Fait_____
                                     Mary Jane Fait, Esq.
                                     Theodore B. Bell, Esq.
                                     **WOLF HALDENSTEIN ADLER**
                                       **FREEMAN & HERZ LLC**
                                     55 West Monroe Street, Suite 1111
                                     Chicago, Illinois  60603
                                     Tel:  (312) 984-0000
                                     Fax:  (312) 984-0001

                                     *Counsel for Plaintiffs*

## SERVICE LIST

## In Re Sulfuric Acid Antitrust Litigation; MDL No. 1536, Master File No. 03 C 4576

## VIA FAX AND FEDERAL EXPRESS

**FREEBORN & PETERS**
David C. Gustman
Jeffrey M. Cross
311 South Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone:  (312) 360-6000
Fax Number:  (312) 360-6520
**Counsel for Defendants Falconbridge, Ltd., Noranda, Inc., and Norfalco LLC**

**HOWREY SIMON ARNOLD & WHITE, LLP**
Joel C. Chefitz
Todd L. McLawhorn
321 North Clark Street, Suite 3400
Chicago, Illinois  60610
Telephone:  (312) 595-1239
Fax Number:  (312) 595-2250
**Counsel for Defendant Koch Industries, Inc.**

**CONNELLY, ROBERTS & McGIVNEY, LLC**
Michael P. Connelly
William E. Snyder
Cory D. Anderson
One North Franklin, Suite 1200
Chicago, Illinois  60606
Telephone:  (312) 251-9600
Fax Number:  (312) 251-9601
**Counsel for Defendant Intertrade Holdings, Inc.**

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
Stephen J. Kastenberg
Eric W. Sitarchuk
Carrie E. Watt
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103-7599
Telephone:  (215) 665-8500
Fax Number:  (215) 864-8999
**Counsel for Defendant E.I. DuPont de Nemours and Company, Inc.**

**SANCHEZ & DANIELS**
Edward M. Ordonez
Hugo Chaviano
333 West Wacker Drive, Suite 500
Chicago, Illinois  60606
Telephone:  (312) 641-1555
Fax Number:  (312) 641-3004
**Counsel for Defendants E.I. DuPont de Nemours and Company, Inc. and Norfalco, LLC**

**WINSTON & STRAWN LLP**
R. Mark McCareins
35 West Wacker Drive, 41st Floor
Chicago, Illinois  60601
Telephone:  (312) 558-5600
Fax Number:  (312) 558-5700
**Counsel for Defendants Marsulex, Inc. and ChemTrade**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Michael H. Cramer
Two National Plaza
20 S. Clark St., 25th Floor
Chicago, IL 60603
Telephone: (312) 558-1220
Facsimile: (312)-807-3619
**Counsel for Defendant Pressure Vessel Services, Inc.**

**BOIES, SCHILLER & FLEXNER LLP**
James P. Denvir
5301 Wisconsin, Ave., NW
Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Fax Number:  (202) 237-6131
**Counsel for Defendant E.I. DuPont de Nemours and Company, Inc.**

13027

| | |
|---|---|
| **VERILL & DANA, LLP**<br>James T. Kilbreth<br>One Portland Square<br>P.O. Box 586<br>Portland, Maine  04112-0586<br>Telephone:  (207) 774-4000<br>Fax Number:  (207) 774-7499<br>**Counsel for Defendant**<br>**GAC Chemical Corporation** | **DICKINSON WRIGHT PLLC**<br>Edward H. Pappas<br>38525 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, Michigan  48304-2970<br>Telephone:  (248) 433-7200<br>Fax Number:  (248) 433-7274<br>**Counsel for Defendant**<br>**PVS Chemicals, Inc.** |
| **DICKINSON WRIGHT PLLC**<br>K. Scott Hamilton<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI  48226-3425<br>Telephone:  (313) 223-3636<br>Fax Number:  (313) 223-3598<br>**Counsel for Defendant**<br>**PVS Chemicals, Inc.** | **(VIA FACSIMILE ONLY)**<br>**KOHN, SWIFT & GRAF, P.C.**<br>Joseph C. Kohn<br>William E. Hoese<br>Diana Liberto<br>Robert LaRocca<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania  19107<br>Telephone:  (215) 238-1700<br>Fax Number:  (215) 238-1968 |
| **(VIA FACSIMILE ONLY)**<br>**WEINSTEIN KITCHENOFF &**<br>**ASHER, LLC**<br>Steven A. Asher<br>Mindee Reuben<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, Pennsylvania  19103<br>Telephone:  (215) 545-7200<br>Fax Number:  (215) 545-6535 | **(VIA FACSIMILE ONLY)**<br>**GOLD BENNETT CERA &**<br>**SIDENER LLP**<br>Steven O. Sidener<br>Joseph M. Barton<br>595 Market Street, Suite 2300<br>San Francisco, California  94105<br>Telephone: (415) 777-2230<br>Fax Number:  (415) 777-5189 |

13027