# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re SULFURIC ACID ANTITRUST LITIGATION ) | MDL Docket No. 1536 |
| ) | Case No. 03 C 4576 |
| ) | |
| This Document Relates To: ) | |
| ) | |
| ALL RELATED ACTIONS ) | Unassigned |

## DEFENDANT GAC CHEMICAL CORPORATION'S
## MOTION FOR FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54(b), defendant General Alum New England, Corp., d/b/a GAC Chemical Corporation, ("GAC"), hereby moves for entry of final judgment on this Court's September 24, 2010 Order granting GAC summary judgment. The grounds for this Motion are set forth in the accompanying memorandum in support of defendant GAC's motion for final judgment.

For the foregoing reasons, GAC respectfully requests that final judgment be entered in its favor pursuant to Fed. R. Civ. P. 54(b).

Dated: March 17, 2011                                         Respectfully Submitted,


                                                                         /s/ James T. Kilbreth
                                                                        James T. Kilbreth

                                                                        Verrill Dana, LLP
                                                                        One Portland Square
                                                                        Portland, ME 04112-0586

                                                                        Attorney for Defendant
                                                                        GAC Chemical Corp.
                                                                      E-mail: jkilbreth@verrilldana.com

# CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2011, I electronically filed the Motion for Final Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) upon all counsel of record.

March 17, 2011                                                   /s/ James T. Kilbreth
                                                                         James T. Kilbreth

                                                                         Verrill Dana, LLP
                                                                         One Portland Square
                                                                         Portland, ME 04112-0586

                                                                         Attorney for Defendant
                                                                         GAC Chemical Corp.

3176287_1