IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SULFURIC ACID ANTITRUST LITIGATION | ) ) ) | MDL Docket No. 1536 Case No. 03 C 4576 |
| This Document Relates To: ALL RELATED ACTIONS | ) ) ) ) | Honorable Judge James F. Holderman Magistrate Judge Jeffrey Cole |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED SETTLEMENT WITH THE PVS DEFENDANTS AND FOR
AUTHORIZATION TO DISSEMINATE NOTICE**

Plaintiffs, by and through their undersigned counsel, hereby move for preliminary approval of the proposed class action settlement with the PVS Defendants (Pressure Vessel Services, Inc., PVS Chemicals, Inc. (Ohio), PVS Nolwood, Inc. and PVS Chemical Solutions), for authorization to disseminate Notice to the Class, and for the scheduling of a hearing on final approval of this Settlement Agreement. In support of this motion, Plaintiffs incorporate their concurrently filed supporting memorandum of law as if fully set forth at length herein.

Dated: September 7, 2012

Steven A. Asher, Esq.
David H. Weinstein, Esq.
Mindee J. Reuben, Esq.
**WEINSTEIN KITCHENOFF &
ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535

Mary Jane Fait, Esq.
Theodore B. Bell, Esq.
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

| | |
|---|---|
| Joseph C. Kohn, Esq. | Solomon B. Cera, Esq. |
| Robert J. LaRocca, Esq. | C. Andrew Dirksen, Esq. |
| William E. Hoese, Esq. | **GOLD BENNETT CERA** |
| **KOHN, SWIFT & GRAF, P.C.** | **& SIDENER LLP** |
| One South Broad Street, Suite 2100 | 595 Market Street, Suite 2300 |
| Philadelphia, PA 19107 | San Francisco, CA 94105-2835 |
| Telephone: (215) 238-1700 | Telephone: (415) 777-2230 |
| Facsimile: (215) 238-1968 | Facsimile: (415) 777-5189 |

**Plaintiffs' Co-Lead Counsel**